UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON C. ALGARIN,

    Plaintiff,

v.                                        CASE NO. 8:25-cv-659-WFJ-SJH

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the undersigned on referral for a report and recommendation on the Commissioner's Unopposed Motion for Entry of Judgment with Remand ("Motion"). Doc. 12. In the Motion, the Commissioner requests that this action be reversed and remanded for further action consistent with the Motion under sentence four of 42 U.S.C. § 405(g). *Id.* at 1-2. Plaintiff does not oppose the relief requested in the Motion. *Id.* at 2.

Upon consideration, the Motion is due to be granted. *See Latimer v. O'Malley*, No. 8:24-cv-379-WFJ-AEP, 2024 WL 3927017, at *1 (M.D. Fla. Aug. 8, 2024), *report and recommendation adopted*, 2024 WL 3917307 (M.D. Fla. Aug. 23, 2024); *Borba v. O'Malley*, No. 8:24-cv-502-MSS-LLL, 2024 WL 3541659, at *1 (M.D. Fla. July 23, 2024), *report and recommendation adopted*, 2024 WL 3537135 (M.D. Fla. July 25, 2024).

Accordingly, the undersigned respectfully **recommends** that the Court enter an Order:

1. **Granting** the Motion (Doc. 12);

2. **Reversing** the decision of the Commissioner under sentence four of 42 U.S.C. § 405(g), and **remanding** this case for further proceedings consistent with the Motion; and

3. **Directing** the Clerk to enter judgment consistent with the Court's Order and pursuant to Rule 58 of the Federal Rules of Civil Procedure, terminate any motions, and close this case.

## NOTICE TO PARTIES

"Within 14 days after being served with a copy of [a] recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations impacts the scope of review by a district judge and by an appellate court. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C); 11th Cir. R. 3-1. "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1)(C). "A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation ... waives the right to challenge on appeal the district court's order

based on unobjected-to factual and legal conclusions[.]" 11th Cir. R. 3-1.

**DONE AND ENTERED** in Jacksonville, Florida, on June 11, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

The Honorable William F. Jung, United States District Judge

Counsel of Record