UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON C. ALGARIN,

    Plaintiff,

v.                                            Case No. 8:25-cv-659-WFJ-SJH

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant Commissioner of the Social Security's ("Commissioner") unopposed motion to enter a judgment in Plaintiff's favor with reversal and remand pursuant to sentence four of 42 U.S.C. § 405(g) (Dkt. 12), and the report filed by United States Magistrate Judge Horovitz recommending that the decision of the Commissioner be reversed, and the matter remanded, for further administrative proceedings (Dkt. 13).  The Commissioner asserts that on remand, the Administrative Law Judge be instructed to:

> [O]ffer Plaintiff the opportunity for a hearing, take any administrative action necessary to complete the file, and issue a new decision.

No objections have been filed to the Report and Recommendation, and the time for doing so has passed.  The Court agrees with the Magistrate Judge and orders as follows:

1. The Report and Recommendation (Dkt. 13) is adopted and confirmed in all respects and made a part of this Order.

2. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Dkt. 12) is **GRANTED**.

3. The Commissioner's decision denying Plaintiff's application with a finding of "not disabled" and denying disability benefits is **REVERSED**.

4. This case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings as set forth in the Report and Recommendation and this Order.

5. The Clerk is directed to enter final judgment for Plaintiff, terminate all pending motions, and close the case.

**DONE AND ORDERED** at Tampa, Florida, on June 26, 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel of record